UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID WHITE

                              Plaintiff,                  **STIPULATON OF**
                                                              **DISCONTINUANCE**

vs.

COUNTY OF ERIE,
ERIE COUNTY SHERIFF JOHN GARCIA,        Civil No. 1:23-CV-00932
Individually and in his official capacity,
ERIE COUNTY SHERIFF'S DEPUTY
CHANDLER, Individually and in his official capacity,
ERIE COUNTY SHERIFF'S SERGEANT
LEWANDOWSKI, Individually and in his official capacity

                              Defendants.
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated by all parties who have appeared in this matter that the forgoing action is hereby dismissed with prejudice. Each party shall pay their own costs.

Dated: Buffalo, New York
         January 29, 2024

**PENBERTHY LAW GROUP, LLP**        **JEREMY TOTH**


   /s/ Brittany L. Penberthy              /s/Eric Marriott
Counsel for Plaintiff                          Eric W. Marriott, Esq.
                                          Counsel for Defendants


SO ORDERED                              _____
                                              Justice Presiding

                                              Hon. Frank P. Geraci, Jr.
                                              U.S. District Judge